UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21933-CIV-LENARD/O'SULLIVAN

LUIS ROMAN, and other similarly
situated individuals,
    Plaintiff,
v.

H&R BLOCK EASTERN ENTERPRISES,
INC. d/b/a H&R BLOCK,
    Defendant.
_____/

### ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Joan A. Lenard, United States District Judge, for a fairness hearing to be conducted by the undersigned. Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, March 6, 2013** at **3:00 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **28th** day of February, 2012.

                                                  _____
                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record